People v Rivera (2025 NY Slip Op 05163)

People v Rivera

2025 NY Slip Op 05163

Decided on September 25, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 25, 2025

Before: Webber, J.P., Kapnick, Gesmer, Higgitt, Hagler, JJ. 

SCI No. 1082/19|Appeal No. 4727|Case No. 2022-00048|

[*1]The People of the State of New York, Respondent,
v
Jeremiah Rivera, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Sylvia Lara Altreuter of counsel), for appellant.

Judgment, Supreme Court, New York County (Heidi Cesare, J. at plea; Laurie Peterson, J. at sentencing), rendered December 10, 2021, convicting defendant, upon his plea of guilty, of grand larceny in the third degree, and sentencing him to three years of probation, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the mandatory surcharge and fees imposed on defendant at sentencing, and otherwise affirmed.
Based on our interest of justice powers, we vacate the mandatory surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 25, 2025